United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14233-ref
Gary E. Ansel                                                           Chapter 13
Melinda K. Ansel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                   Page 1 of 2              Date Rcvd: Jul 20, 2018
                              Form ID: 309I                Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db/jdb         Gary E. Ansel,    Melinda K. Ansel,    1227 E Main St,    Douglassville, PA 19518-9111
tr            +WILLIAM MILLERR,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
               Reading, PA 19606-2265
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14128488       Citibank/Sears,    Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO 63179-0034
14128489       First Commonwealth Fcu,    257 Brodhead Rd,    Bethlehem, PA 18017-8938
14128490       First National Bank,    PO Box 2557,    Omaha, NE 68103-2557
14163570      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
14128491       Fnb Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14128500       The Law Offices of Frederic I. Weinberg,    375 E Elm St Ste 210,    Conshohocken, PA 19428-1973
14162039      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jameszerillo@gmail.com Jul 21 2018 02:06:10     JAMES W. ZERILLO,
               Zerillo Law Offices,    937 North Hanover Street,    Pottstown, PA 19464
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2018 02:06:39
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2018 02:07:28      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 21 2018 02:07:08     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14130512       EDI: GMACFS.COM Jul 21 2018 05:53:00     Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
14128482       EDI: GMACFS.COM Jul 21 2018 05:53:00     Ally Financial,    Attn: Bankruptcy Dept,
               PO Box 380901,    Bloomington, MN 55438-0901
14128483       EDI: GMACFS.COM Jul 21 2018 05:53:00     Ally Financial,    200 Renaissance Ctr,
               Detroit, MI 48243-1300
14128485       EDI: TSYS2.COM Jul 21 2018 05:53:00     Barclays Bank Delaware,    Attn: Correspondence,
               PO Box 8801,    Wilmington, DE 19899-8801
14128484       EDI: TSYS2.COM Jul 21 2018 05:53:00     Barclays Bank Delaware,    PO Box 8803,
               Wilmington, DE 19899-8803
14128487       EDI: CAPITALONE.COM Jul 21 2018 05:53:00     Capital One,    15000 Capital One Dr,
               Richmond, VA 23238-1119
14128486       EDI: CAPITALONE.COM Jul 21 2018 05:53:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
               Salt Lake City, UT 84130-0285
14128492       EDI: CBSKOHLS.COM Jul 21 2018 05:53:00     Kohls/Capital One,    Kohls Credit,    PO Box 3120,
               Milwaukee, WI 53201-3120
14128493      +EDI: CBSKOHLS.COM Jul 21 2018 05:53:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
14128494       E-mail/Text: bk@lendingclub.com Jul 21 2018 02:07:53     Lending Club Corp,
               71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14129570      +EDI: PRA.COM Jul 21 2018 05:53:00     PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14128495       EDI: SEARS.COM Jul 21 2018 05:53:00     Sears/Cbna,    PO Box 6282,
               Sioux Falls, SD 57117-6282
14128497       EDI: RMSC.COM Jul 21 2018 05:53:00     Syncb/Sams Club,    PO Box 965005,
               Orlando, FL 32896-5005
14128496       EDI: RMSC.COM Jul 21 2018 05:53:00     Syncb/lowes,    PO Box 965005,    Orlando, FL 32896-5005
14128498       EDI: RMSC.COM Jul 21 2018 05:53:00     Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
               PO Box 965060,    Orlando, FL 32896-5060
14128499       EDI: RMSC.COM Jul 21 2018 05:53:00     Synchrony Bank/Sams,    Attn: Bankruptcy,    PO Box 965060,
               Orlando, FL 32896-5060
14128501       EDI: TFSR.COM Jul 21 2018 05:53:00     Toyota Financial Services,    Attn: Bankruptcy,
               PO Box 8026,    Cedar Rapids, IA 52408-8026
14128502       EDI: TFSR.COM Jul 21 2018 05:53:00     Toyota Motor Credit Co,    PO Box 9786,
               Cedar Rapids, IA 52409-0004
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +WILLIAM MILLER*R,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
               Reading, PA 19606-2265
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa              Page 2 of 2            Date Rcvd: Jul 20, 2018
                              Form ID: 309I           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              JAMES W. ZERILLO    on behalf of Debtor Gary E. Ansel jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              JAMES W. ZERILLO    on behalf of Joint Debtor Melinda K. Ansel jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Gary E. Ansel** | Social Security number or ITIN | **xxx–xx–0982** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melinda K. Ansel** | Social Security number or ITIN | **xxx–xx–5450** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **6/26/18** | |
| Case number: | **18–14233–ref** | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gary E. Ansel | Melinda K. Ansel |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1227 E Main St<br>Douglassville, PA 19518–9111 | 1227 E Main St<br>Douglassville, PA 19518–9111 |
| 4. | **Debtor's attorney**<br>Name and address | JAMES W. ZERILLO<br>Zerillo Law Offices<br>937 North Hanover Street<br>Pottstown, PA 19464 | Contact phone 610–326–9333<br><br>Email: jameszerillo@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM MILLER\*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | Contact phone 610–779–1313<br><br>Email: ecfemail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 7/20/18 |

**For more information, see page 2**

Official Form 309I                         **Notice of Chapter 13 Bankruptcy Case**                         page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 14, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/13/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/4/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/23/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $600.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/27/18** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |