IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:

|  |  |  |
|---|---|---|
| GARY E. ANSEL | : | Chapter 13 |
|  | : |  |
| MELINDA K. ANSEL | : |  |
|  | : |  |
| Debtors | : | No. 18-14233 |
|  | : |  |
|  | : |  |
|  | : | Attorney I.D. No. 40499 |


CERTIFICATION OF SERVICE


I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on July 23,

2018, I caused a true and correct copy of a First Amended Chapter 13 Plan to be sent to each of

the following interested parties by certified mail or electronically:

Gary E. Ansel and Melinda K. Ansel
1227 East Main Street
Douglassville, PA 19518

First Commonwealth Federal Credit Union
257 Brodhead Road
Bethlehem, PA 18017

KML Law Group, P.C.
Attn: Rebecca A. Solarz, Esquire
The BNY Mellon Independence Center
Suite 5000
701 Market Street
Philadelphia, PA 19106

William Miller
United States Trustee
Chapter 13 Trustee
111 South Independence Mall East #583
Philadelphia, PA 19100
USTPRegion03.PH.ECF@usdoj.gov
James W. Zerillo on behalf of Debtors Gary E. Ansel and Melinda K. Ansel
jameszerillo@gmail.com, jzerillo@millerzerillolaw.com


By:    /s/ James W. Zerillo, Esquire
       James W. Zerillo, Esquire
       Attorney for Debtor
       937 N. Hanover Street
       Pottstown, PA 19464
       (610)326-9333
       jzerillo@millerzerillolaw.com