UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE*: | : | CHAPTER 13 |
| | : | |
| GARY E. ANSEL and | : | CASE NO. 18-14233 |
| MELINDA K. ANSEL, | : | |
| Debtors | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

First Commonwealth Federal Credit Union has filed with the Court a Motion For Relief From Stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **August 29, 2018**, you or your attorney must do <u>all</u> of the following:

(a)    file an answer explaining your position at

Clerk of the Court
United States Bankruptcy Court
Eastern District of Pennsylvania
The Madison Building
400 Washington Street
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to the movant's attorney:

Joshua A. Gildea
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
Phone (610) 797-9000
Fax (610) 797-6663

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge on **Thursday, September 6, 2018 at 9:30 AM**   in Courtroom No. 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   August 15, 2018

JOSHUA A. GILDEA

FITZPATRICK LENTZ & BUBBA, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
Telephone (610) 797-9000
Telefax (610) 797-6663


By:___*/s/ Joshua A. Gildea*_____
         Attorney for Movant