UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE*: | : | CHAPTER 13 |
| | : | |
| GARY E. ANSEL and | : | CASE NO. 18-14233 |
| MELINDA K. ANSEL, | : | |
| Debtors | : | |

### CERTIFICATE OF NO RESPONSE

I certify that I have received no response from the attorney for the Debtor or the Trustee to the Motion for Relief from Stay and respectfully request this Honorable Court grant the Motion without a hearing.

JOSHUA A. GILDEA

FITZPATRICK LENTZ & BUBBA, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
(610) 797-9000

Dated: August 30, 2018         By:   */s/ Joshua A. Gildea*
                                     Attorney for First Commonwealth Federal
                                     Credit Union