UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE*: | : | CHAPTER 13 |
| | : | |
| GARY E. ANSEL and | : | CASE NO. 18-14233 |
| MELINDA K. ANSEL, | : | |
|     Debtors | : | |

**ORDER**

Upon consideration of the Motion of First Commonwealth Federal Credit Union, it is hereby

ORDERED that First Commonwealth Federal Credit Union shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2014 Wildwood Travel Trailer described in the Motion.

BY THE COURT:

**Date: September 9, 2018**

_____
Richard E. Fehling, B.J.

Distribution list:

Gary E. Ansel
Melinda K. Ansel
1227 E Main St
Douglassville, PA 19518-9111

William Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

James W. Zerillo
Zerillo Law Offices
937 North Hanover Street
Pottstown, PA 19464
Attorney for Debtor

Joshua A. Gildea
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA 18034-0219