United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14233-ref
Gary E. Ansel                                                           Chapter 13
Melinda K. Ansel
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv            Page 1 of 1         Date Rcvd: Sep 10, 2018
                              Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
db/jdb         Gary E. Ansel,    Melinda K. Ansel,    1227 E Main St,    Douglassville, PA   19518-9111
cr            +First Commonwealth Federal Credit Union,    P. O. Box 20450,    Lehigh Valley, PA 18002-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 02:12:05     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
              JAMES W. ZERILLO    on behalf of Debtor Gary E. Ansel jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              JAMES W. ZERILLO    on behalf of Joint Debtor Melinda K. Ansel jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union
               jgildea@flblaw.com, ccharlton@flblaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE*: | : | CHAPTER 13 |
| | : | |
| GARY E. ANSEL and | : | CASE NO. 18-14233 |
| MELINDA K. ANSEL, | : | |
| Debtors | : | |

**ORDER**

Upon consideration of the Motion of First Commonwealth Federal Credit Union, it is hereby

ORDERED that First Commonwealth Federal Credit Union shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2014 Wildwood Travel Trailer described in the Motion.

BY THE COURT:

**Date: September 9, 2018**

_____
Richard E. Fehling, B.J.

Distribution list:

Gary E. Ansel
Melinda K. Ansel
1227 E Main St
Douglassville, PA 19518-9111

James W. Zerillo
Zerillo Law Offices
937 North Hanover Street
Pottstown, PA 19464
Attorney for Debtor

William Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Joshua A. Gildea
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA 18034-0219