# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Melinda K. Ansel<br>           Gary E. Ansel<br>                              Debtors<br><br>Toyota Motor Credit Corporation<br>                              Movant<br>           vs.<br><br>Melinda K. Ansel<br>Gary E. Ansel<br>                              Respondents | CHAPTER 13<br><br><br>NO. 18-14233 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of Toyota Motor Credit Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about July 11, 2018 (Document No. 11).

                                              Respectfully submitted,

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              Attorney for Movant
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322

October 31, 2018