**IN THE UNITED STATES BANRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| GARY and MELINDA ANSEL | : | Chapter 13 |
| | : | |
| | : | No. 18-14233 |
| | : | |
| | : | |
| Debtors | : | Attorney I.D. No. 40499 |

**APPLICATION FOR APPROVAL OF ATTORNEY'S FEES**

The Application for Approval of Attorney's Fees by James W. Zerillo, Esquire, attorney for the debtor in accordance with Title 11 U.S.C § 329 and National Bankruptcy Rule 2002 (a) (7), 2016 (b) and 2017 (a), respectfully represents as follows:

1. Gary and Melinda Ansel filed for relief under provisions of Chapter 13 of the United States Bankruptcy Code on June 26, 2018. James W. Zerillo, Esquire ("Counsel") is the attorney of record in the case.

2. Debtor has previously paid an attorney fee in the amount of One Thousand Five Hundred Twenty Five Dollars ($1,525.00) for legal representation in this matter. The fee of One Thousand Five Hundred Twenty Five Dollars ($1,525.00) covered the attorney's fees associated with counseling of the debtors, the preparation of the Chapter 13 Petition, and schedules, phone calls and consultations with the clients, referral for credit counseling, phone calls from creditors who are listed on the petition, the attendance of Debtor's counsel

at the 341 Meeting and the negotiations with various creditors and the Trustee pre-confirmation.

 3. In addition to the services provided as above Counsel has performed or will perform services indicated as follows:

> (a) amendments to schedules, Amended Chapter 13 Plan 2.0 hours;
> (b) defense of Motion to Dismiss case and research 1.0 hours;
> (c) continued representation of debtors through course of plan 3.0 hours;

 4. The debtor's plan provided a payment of an additional Two Thousand Dollars ($2,000.00) through the plan.

 5. Debtor's counsel normally bills at the rate of Two Hundred and Fifty Dollars an hour ($250.00)

 Wherefore, Counsel respectfully requests this Court to approve the total attorney's fee in the amount of Three Thousand Five Hundred Twenty Five Dollars ($3,525.00) for representation of the debtors in this Bankruptcy proceeding and representation of debtors through the 341 Meeting and the termination or the dismissal of the Chapter 13 Plan and for representation subsequent to the 341 Meeting as set forth above.

      Respectfully Submitted,

      /s/ James W. Zerillo, Esquire
      James W. Zerillo, Esquire
      937 N. Hanover Street
      Pottstown, PA 19464
      (610)326-9333/jameszerillo@gmail.com