IN THE UNITED STATES BANRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **Gary and Melinda Ansel** | : | |
| | : | 18-14233 |
| **Debtors** | : | |
| | : | ATTORNEY I.D. NO. 40499 |

### NOTICE OF MOTION and RESPONSE DEADLINE

JAMES W. ZERILLO, Esquire attorney to debtors has filed an Application for Approval of Attorney's Fees.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before December 6, 2018 you or your attorney must do all of the following:

    (a) File an answer explaining your position at

    Clerk's Office, U.S. Bankruptcy Court
    The Madison Building
    400 Washington Street
    Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) Mail a copy to the Movant's attorney:

    James W. Zerillo, Esquire
    937 N. Hanover Street
    Pottstown, PA 19464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the

hearing, the Court may enter an Order granting the relief requested in the motion.

    4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

    You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.