IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GARY and MELINDA ANSEL | : | Chapter 13 |
| | : | |
| | : | No. 18-14233 |
| | : | |
| | : | |
| | : | |
| Debtors | : | Attorney I.D. No. 40499 |

CERTIFICATION OF SERVICE

I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtors, hereby certify that on November 15, 2018, I caused a true and correct copy of an Application for Approval of Attorney's Fees and a Notice of Motion, Response Deadline and Hearing Date to be sent to each of the following interested parties by regular first-class mail or electronically:

```
Gary and Melinda Ansel
1227 East Main Street
Douglassville, PA 19518

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Toyota Motor Credit Corporation
PO Box 9013
Addison, TX 75001

First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68197
```

```
Capital One Bank (USA) N.A.
PO Box 71083
Charlotte, NC 28272-1083

First Commonwealth FCU
PO Box 20450
Lehigh Valley, 18002

eCAST Settlement Corporation
PO Box 29262
New York, NY 10087-9262

LVNV Funding, LLC
Assignee of LC Trust I
PO Box 10587
Greenville, SC 29603-0587

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
```

William C. Miller Interim Trustee for Frederick Reigle
United States Trustee
Chapter 13 Trustee
USTPRegion03.PH.ECF@usdoj.gov

/s/ James W. Zerillo, Esquire
James W. Zerillo, Esquire
937 N. Hanover Street
Pottstown, PA 19464
(610)326-9333
jameszerillo@gmail.com