# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GARY and MELINDA ANSEL | : | Chapter 13 |
| | : | |
| | : | No. 18-14233 |
| | : | |
| | : | |
| | : | |
| Debtors | : | Attorney I.D. No. 40499 |

## ORDER GRANTING APPROVAL OF ATTORNEY'S FEES

AND NOW, this _____ day of _____, 2018, upon Notice and Hearing upon the Application for Compensation of Attorney's Fees; it is hereby

**ORDERED** that the Application for Compensation of Attorney's Fees is in the amount of $3,525.00 dollars.

BY THE COURT:

_____
HONORABLE Richard E. Fehling

cc:

Gary and Melinda Ansel

1227 East Main Street

Douglassville, PA 19518


Ally Bank

PO Box 130424

Roseville, MN 5113-0004


Toyota Motor Credit Corporation

PO Box 130424

Addison, TX 75001


First National Bank of Omaha

1620 Dodge Street

Omaha, TX 68197


Capital One Bank (USA) N.A.

PO Box 71083

Charlotte, NC 28272-1083


First Commonwealth FCU

PO Box 20450

Lehigh Valley, 18002

ECast Settlement Corporation

PO Box 29262

Greenville, SC 29603-0587


LVNV Funding, LLC

Assignee of LC Trust I

PO Box 10587

Greenville, SC 29603-0587


Portfolio Recovery Associates, LLC

PO Box 41067

Norfolk, VA 23541


Capital One, N.A.

c/o Becket and Lee LLP

PO Box 3001

Malvern, PA 19355-0701


William C. Miller Interim Trustee for Frederick Reigle

Chapter 13 Trustee
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

James W. Zerillo on behalf of Gary and Melinda Ansel
jameszerillo@gmail.com