UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: | : |
| GARY and MELINDA ANSEL | : Bankruptcy No. 18-14233 |
| | : |
| | : Chapter 13 |
| Debtors | : |
| | : Attorney I.D. No. 40499 |

**CERTIFICATION OF SERVICE AND CERTIFICATION OF NO RESPONSE**

I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtors, hereby certify that on November 15, 2018, Notice was given to all creditors, the debtors, and the Trustee that the debtors filed an Application for Approval of Attorney's Fees.

None of the above-mentioned parties have filed within twenty (20) days any Answer, Judgment or other responsive pleading, and have failed to file any requests for a Hearing.

/s/ James W. Zerillo, Esquire
James W. Zerillo, Esquire
937 North Hanover Street
Pottstown, PA 19464
610-326-9333