## IN THE UNITED STATES BANRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| GARY and MELINDA ANSEL | : | Chapter 13 |
|  | : |  |
|  | : | No. 18-14233 |
|  | : |  |
|  | : |  |
|  | : |  |
| Debtors | : | Attorney I.D. No. 40499 |

### ORDER GRANTING APPROVAL OF ATTORNEY'S FEES

AND NOW, this _____ day of _____, 2018, upon Notice and Hearing upon the Application for Compensation of Attorney's Fees; it is hereby

**ORDERED** that the Application for Compensation of Attorney's Fees is in the amount of $3,525.00 dollars.

BY THE COURT:

**Date: December 10, 2018**

_____

HONORABLE Richard E. Fehling

cc: