United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary E. Ansel  
Melinda K. Ansel  
    Debtors

Case No. 18-14233-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Dec 11, 2018  
                       Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.  
db/jdb          Gary E. Ansel,    Melinda K. Ansel,    1227 E Main St,    Douglassville, PA   19518-9111  
cr              +First Commonwealth Federal Credit Union,    P. O. Box 20450,    Lehigh Valley, PA 18002-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:09:49      Synchrony Bank,  
        c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:  
         JAMES W. ZERILLO    on behalf of Debtor Gary E. Ansel jameszerillo@gmail.com,  
          G28910@notify.cincompass.com  
         JAMES W. ZERILLO    on behalf of Joint Debtor Melinda K. Ansel jameszerillo@gmail.com,  
          G28910@notify.cincompass.com  
         JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union  
          jgildea@flblaw.com,    ccharlton@flblaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,  
          ECF_FRPA@Trustee13.com  
         WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com  
                                                                                                                                 TOTAL: 7

IN THE UNITED STATES BANRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GARY and MELINDA ANSEL | : | Chapter 13 |
| | : | |
| | : | No. 18-14233 |
| | : | |
| | : | |
| Debtors | : | Attorney I.D. No. 40499 |

**ORDER GRANTING APPROVAL OF ATTORNEY'S FEES**

AND NOW, this _____ day of _____, 2018, upon Notice and Hearing upon the Application for Compensation of Attorney's Fees; it is hereby

**ORDERED** that the Application for Compensation of Attorney's Fees is in the amount of $3,525.00 dollars.

BY THE COURT:

**Date: December 10, 2018**

_/s/ Richard E. Fehling_

HONORABLE Richard E. Fehling

cc: