Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-14233-PMM**

GARY E  ANSEL
MELINDA  K  ANSEL
1227 E MAIN ST
DOUGLASSVILLE  PA     19518-9111

Petition Filed Date: 06/26/2018
341 Hearing Date: 08/14/2018
Confirmation Date: 12/06/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2019 | $722.45 | | 02/19/2019 | $722.45 | | 03/20/2019 | $722.45 | |
| 04/22/2019 | $722.45 | | 05/20/2019 | $722.45 | | 06/17/2019 | $722.45 | |
| 07/22/2019 | $722.45 | | 09/03/2019 | $722.00 | Automatic Payr | 10/03/2019 | $722.00 | |
| 11/04/2019 | $722.00 | | 12/04/2019 | $722.00 | | 01/03/2020 | $722.00 | |
| 02/03/2020 | $722.00 | | 03/04/2020 | $722.00 | | 04/02/2020 | $722.00 | |
| 05/04/2020 | $722.00 | | 06/02/2020 | $722.00 | | 07/06/2020 | $722.00 | |
| 08/03/2020 | $722.00 | | | | | | | |

**Total Receipts for the Period:  $13,721.15   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $17,566.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $1,401.42 | $307.98 | $1,093.44 |
| 1 | ALLY FINANCIAL »» 001 | Unsecured Creditors | $16,286.12 | $3,579.20 | $12,706.92 |
| 11 | BECKET & LEE, LLP »» 011 | Unsecured Creditors | $2,876.44 | $632.12 | $2,244.32 |
| 7 | ECAST SETTLEMENT CORPORATION »» 007 | Unsecured Creditors | $1,303.51 | $288.98 | $1,014.53 |
| 8 | ECAST SETTLEMENT CORPORATION »» 008 | Unsecured Creditors | $313.28 | $69.89 | $243.39 |
| 5 | FIRST COMMONWEALTH FCU »» 005 | Unsecured Creditors | $10,519.80 | $2,311.94 | $8,207.86 |
| 6 | FIRST COMMONWEALTH FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FIRST NATIONAL BANK OMAHA »» 003 | Unsecured Creditors | $2,120.50 | $466.02 | $1,654.48 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $22,990.22 | $5,052.54 | $17,937.68 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $3,174.84 | $697.74 | $2,477.10 |
| 2 | TOYOTA MOTOR CREDIT CORP »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | JAMES W ZERILLO ESQ »» 012 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 18-14233-PMM**

---

**SUMMARY**

---

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,566.05 | Current Monthly Payment: | $722.45 |
| Paid to Claims: | $15,406.41 | Arrearages: | $5.40 |
| Paid to Trustee: | $1,509.84 | Total Plan Base: | $42,857.20 |
| Funds on Hand: | $649.80 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.