Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-14233-PMM**

GARY E  ANSEL  
MELINDA  K  ANSEL  
1227 E MAIN ST  
DOUGLASSVILLE  PA    19518-9111

Petition Filed Date: 06/26/2018  
341 Hearing Date: 08/14/2018  
Confirmation Date: 12/06/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $722.00 | | 02/03/2020 | $722.00 | | 03/04/2020 | $722.00 | |
| 04/02/2020 | $722.00 | | 05/04/2020 | $722.00 | | 06/02/2020 | $722.00 | |
| 07/06/2020 | $722.00 | | 08/03/2020 | $722.00 | | 09/02/2020 | $722.00 | |
| 10/05/2020 | $722.00 | | 11/02/2020 | $722.00 | | 12/04/2020 | $722.00 | |
| 01/05/2021 | $722.00 | | 02/02/2021 | $722.00 | | 03/05/2021 | $722.00 | |
| 04/05/2021 | $722.00 | | 05/03/2021 | $722.00 | | 06/03/2021 | $722.00 | |

**Total Receipts for the Period: $12,996.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,786.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $1,401.42 | $445.85 | $955.57 |
| 1 | ALLY FINANCIAL<br>»»  001 | Unsecured Creditors | $16,286.12 | $5,355.09 | $10,931.03 |
| 11 | BECKET & LEE, LLP<br>»»  011 | Unsecured Creditors | $2,876.44 | $945.76 | $1,930.68 |
| 7 | ECAST SETTLEMENT CORPORATION<br>»»  007 | Unsecured Creditors | $1,303.51 | $430.79 | $872.72 |
| 8 | ECAST SETTLEMENT CORPORATION<br>»»  008 | Unsecured Creditors | $313.28 | $103.89 | $209.39 |
| 5 | FIRST COMMONWEALTH FCU<br>»»  005 | Unsecured Creditors | $10,519.80 | $3,459.03 | $7,060.77 |
| 6 | FIRST COMMONWEALTH FCU<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FIRST NATIONAL BANK OMAHA<br>»»  003 | Unsecured Creditors | $2,120.50 | $697.25 | $1,423.25 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $22,990.22 | $7,559.47 | $15,430.75 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $3,174.84 | $1,043.95 | $2,130.89 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | JAMES W ZERILLO ESQ<br>»»  012 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 18-14233-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,786.05 | Current Monthly Payment: | $722.45 |
| Paid to Claims: | $22,041.08 | Arrearages: | $9.90 |
| Paid to Trustee: | $2,080.22 | Total Plan Base: | $42,857.20 |
| Funds on Hand: | $664.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.