# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Gary E. Ansel and | : | Chapter 13 |
|        Melinda K. Ansel, | : | |
|              Debtors | : | Case No.  18-14233-pmm |
| | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
### PURSUANT TO FED. R. BANKR. P. 2002

TO THE COURT:

      Kindly enter my appearance on behalf of Gary E. Ansel and Melinda K. Ansel in the above-captioned matter.  Pursuant to Bankruptcy Rule 2002, all notices and pleadings should be forward to the address set forth below:

        Joseph Quinn, Esquire
        Ross, Quinn & Ploppert, P.C.
        192 S Hanover Street, Suite 101
        Pottstown, PA 19464
        courtnotices@rqplaw.com

**ROSS, QUINN & PLOPPERT, P.C.**

By:   */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@rqplaw.com

Date:  October 27, 2021