Certificate Number: 05781-PAE-DE-036615165

Bankruptcy Case Number: 18-14233



05781-PAE-DE-036615165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2022, at 4:27 o'clock AM PDT, Gary Ansel completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 14, 2022          By:    /s/Allison M Geving

                              Name:  Allison M Geving

                              Title: President