United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14233-pmm |
| Gary E. Ansel | Chapter 13 |
| Melinda K. Ansel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 11, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gary E. Ansel, Melinda K. Ansel, 1227 E Main St, Douglassville, PA 19518-9111 |
| 14128489 | + | First Commonwealth Fcu, P.O. Box 20450, Lehigh Valley 18002-0450 |
| 14645909 | + | Joseph Quinn, Esquire, Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14128500 | | The Law Offices of Frederic I. Weinberg, 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 11 2023 23:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 11 2023 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14130512 | | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2023 23:43:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14128482 | | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2023 23:43:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 14128483 | | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2023 23:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14128485 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2023 23:43:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14128484 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2023 23:43:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14128487 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2023 23:54:17 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14128486 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2023 23:53:59 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14180503 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2023 23:54:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14190309 | | Email/PDF: bncnotices@becket-lee.com | Aug 11 2023 23:54:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14128488 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2023 23:54:06 | Citibank/Sears, Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14128490 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 11 2023 23:43:00 | First National Bank, PO Box 2557, Omaha, NE 68103-2557 |
| 14163570 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 11 2023 23:43:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14128491 | | Email/Text: collecadminbankruptcy@fnni.com | | |

Case 18-14233-pmm    Doc 57    Filed 08/13/23    Entered 08/14/23 00:31:20    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 11 2023 23:43:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14128492 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 11 2023 23:43:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 14128493 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 11 2023 23:43:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14188929 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2023 23:54:15 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14128494 | | Email/Text: Documentfiling@lciinc.com | Aug 11 2023 23:43:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14189818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2023 23:54:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14129570 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 11 2023 23:54:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14128495 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2023 23:54:30 | Sears/Cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14128497 | | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2023 23:54:29 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14128496 | | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2023 23:53:59 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14128498 | | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2023 23:54:14 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14128499 | | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2023 23:54:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14128501 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 11 2023 23:43:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14128502 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 11 2023 23:43:00 | Toyota Motor Credit Co, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14162039 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 11 2023 23:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14188743 | | Email/PDF: bncnotices@becket-lee.com | Aug 12 2023 00:07:50 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023          Signature:          /s/Gustava Winters

Case 18-14233-pmm   Doc 57   Filed 08/13/23   Entered 08/14/23 00:31:20   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Melinda K. Ansel CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Gary E. Ansel CourtNotices@rqplaw.com |
| JOSHUA A. GILDEA | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com ccharlton@flblaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Gary E. Ansel and Melinda K. Ansel
       Debtor(s)                                                Case No: 18−14233−pmm
                                                                     Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/11/23