| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-14233-PMM

GARY E ANSEL
MELINDA K ANSEL
1227 E MAIN ST
DOUGLASSVILLE PA    19518-9111

Petition Filed Date: 06/26/2018
341 Hearing Date: 08/14/2018
Confirmation Date: 12/06/2018

Case Status: Completed on 7/ 5/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $722.00 | | 09/02/2022 | $722.00 | | 10/03/2022 | $722.00 | |
| 11/02/2022 | $722.00 | | 12/05/2022 | $722.00 | | 01/04/2023 | $722.00 | |
| 02/02/2023 | $722.00 | | 03/06/2023 | $722.00 | | 04/03/2023 | $722.00 | |
| 05/03/2023 | $722.00 | | 06/05/2023 | $722.00 | | 07/05/2023 | $743.15 | |

**Total Receipts for the Period: $8,685.15    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,857.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,401.42 | $856.14 | $545.28 |
| 1 | ALLY FINANCIAL<br>»» 001 | Unsecured Creditors | $16,286.12 | $9,949.41 | $6,336.71 |
| 11 | CAPITAL ONE NA<br>»» 011 | Unsecured Creditors | $2,876.44 | $1,757.17 | $1,119.27 |
| 7 | ECAST SETTLEMENT CORPORATION<br>»» 007 | Unsecured Creditors | $1,303.51 | $797.55 | $505.96 |
| 8 | ECAST SETTLEMENT CORPORATION<br>»» 008 | Unsecured Creditors | $313.28 | $191.91 | $121.37 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 005 | Unsecured Creditors | $10,519.80 | $6,426.66 | $4,093.14 |
| 6 | FIRST COMMONWEALTH FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FIRST NATIONAL BANK OMAHA<br>»» 003 | Unsecured Creditors | $2,120.50 | $1,295.48 | $825.02 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $22,990.22 | $14,045.00 | $8,945.22 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $3,174.84 | $1,939.55 | $1,235.29 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | JAMES W ZERILLO ESQ<br>»» 012 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 18-14233-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,857.20 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $39,258.87 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,598.33 | Total Plan Base: | $42,857.20 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.